FREDERIC W. GARDNER, Respondent, *v.* THE ROYCROFTERS et al., Appellants.

*Gardner* v. *The Roycrofters*, 134 App. Div. 45, affirmed.
(Argued November 18, 1909; decided December 7, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 24, 1909, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for breach of contract and for an injunction.

*James McCormick Mitchell* for appellants.

*George C. Riley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.